**PHILIP L. GUARINO, ESQ**
**(ATTY. NO. 027561982)**
GUARINO & CO. LAW FIRM, LLC
300 Main Street, Suite 552
Madison, NJ 07940
973/272-4147
e-mail: guarinolaw@gmail.com
Counsel for Defendants

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| DAYS INNS WORLDWIDE, INC., | : | Civil Action No. 20-6489-ES-CLW |
| Plaintiff, | : | |
| v. | : | **NOTICE OF APPEARANCE** |
| GOLDEN TREASURY II, LLC, CHONG S. YI and MARGARET YI, | : | |
| Defendants. | : | |
| _____ | : | |

The undersigned attorney hereby appears in this matter on behalf of defendants.

                    BY:  S/Philip L. Guarino

                    GUARINO & CO. LAW FIRM, LLC

                    300 Main Street, Suite 552
                    Madison, NJ 07940
                    973/272-4147
                    e-mail: guarinolaw@gmail.com
                    Counsel for Defendants