UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAYS INNS WORLDWIDE, INC.,<br><br>Plaintiff(s)<br><br>v.<br><br>GOLDEN TREASURY II, et al.,<br><br>Defendant(s) | APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY<br>[Local Civil rule 6.1(b)]<br><br>Civil Action No. 20-CV-5995 |

Application is hereby made for a Clerk's Order extending time within which defendant(s) _____ Golden Treasury II, Inc., Chong S. Yi and Margaret Yi _____ may answer, move, or otherwise reply to the Complaint filed by plaintiff(s) herein and it is represented that:

1. No previous extension has been obtained;
2. Service of Process was effected on  June 8, 2020  ; and
3. Time to Answer, Move or otherwise Reply expires on  June 29, 2020 .

 Philip L. Guarino, Esq. 
Attorney for Defendant(s)

 300 Main Street, Suite 552 
Mailing Address

Madison, NJ 07940
City, State, Zip Code

ORDER

The above application is ORDERED GRANTED. Defendant(s) time to answer, move or otherwise reply is extended to _____.
ORDER DATED: _____

WILLIAM T. WALSH, Clerk

By:_____
Deputy Clerk