Sukjin Henry Cho, Esq.
Attorney for Defendants
2160 North Central Road, Suite 305
Fort Lee, NJ 07024
201-886-0200
sjhenrycho@gmail.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| DAYS INNS WORLDWIDE, INC,<br>a Delaware Corporation,<br><br>      Plaintiff,<br><br>v.<br><br>GOLDEN TREASURY II, LLC.,<br>  a Washington Limited Liability Company;<br><br>CHONG S. YI, an individual,<br>MARGARET YI, an individual,<br><br>  Defendants/Third-Party Plaintiffs,<br>v.<br>KY LLC, JAMES YANG, PAUL KIM, and<br>HAIGEUN JUNG,<br><br>  Third-Party Defendants | Civil Action No.: 20-CV-5995<br><br>**Third-Party Answer and<br>Affirmative Defenses** |

Third-party Defendants, by their counsel, answering the Third-Party Plaintiff's Complaint:

1. Lack knowledge or information sufficient to form a belief as to the truth or falsity of the

    allegations in ¶1 of the Complaint.

2. Lack knowledge or information sufficient to form a belief as to the truth or falsity of the

    allegations in ¶2 of the Complaint.

3. Lack knowledge or information sufficient to form a belief as to the truth or falsity of the

    allegations in ¶3 of the Complaint.

4.  Lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in ¶4 of the Complaint.

5.  Lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in ¶5 of the Complaint.

6.  Deny the allegations in ¶6 of the Complaint.

7.  Deny the allegations in ¶7 of the Complaint.

8.  Deny the allegations in ¶8 of the Complaint.

9.  Repeat the responses above in response to ¶9 of the Complaint.

10. Lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in ¶10 of the Complaint.  State the terms of the Transfer agreement speak for themselves and deny to the extent the allegations are contradicted by the terms of the Transfer Agreement.

11. Lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in ¶11 of the Complaint.  State the terms of the Transfer agreement speak for themselves and deny to the extent the allegations are contradicted by the terms of the Transfer Agreement.

12. Lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in ¶12 of the Complaint.  State the terms of the Transfer agreement speak for themselves and deny to the extent the allegations are contradicted by the terms of the Transfer Agreement.

13. Lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in ¶13 of the Complaint.

14. Repeat the responses above in response to ¶14 of the Complaint.

15. Lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in ¶15 of the Complaint. State the terms of the Transfer agreement speak for themselves and deny to the extent the allegations are contradicted by the terms of the Transfer Agreement.

16. Lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in ¶16 of the Complaint. State the terms of the Transfer agreement speak for themselves and deny to the extent the allegations are contradicted by the terms of the Transfer Agreement.

17. Lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in ¶17 of the Complaint. State the terms of the Transfer agreement speak for themselves and deny to the extent the allegations are contradicted by the terms of the Transfer Agreement.

18. Lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in ¶18 of the Complaint. State the terms of the Transfer agreement speak for themselves and deny to the extent the allegations are contradicted by the terms of the Transfer Agreement.

19. Lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in ¶19 of the Complaint.

20. Repeat the responses above in response to ¶20 of the Complaint.

21. Lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in ¶21 of the Complaint. State the terms of the Transfer agreement speak for themselves and deny to the extent the allegations are contradicted by the terms of the Transfer Agreement.

22. Lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in ¶22 of the Complaint.

23. Repeat the responses above in response to ¶23 of the Complaint.

24. Lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in ¶24 of the Complaint.  State the terms of the Transfer agreement speak for themselves and deny to the extent the allegations are contradicted by the terms of the Transfer Agreement.

25. Lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in ¶25 of the Complaint.  State the terms of the Transfer agreement speak for themselves and deny to the extent the allegations are contradicted by the terms of the Transfer Agreement.

## AS AND FOR AFFIRMATIVE DEFENSES

**FIRST SEPARATE DEFENSE**
The Complaint fails, in whole or in part, to state a claim upon which relief may be granted.

**SECOND SEPARATE DEFENSE**
Third-Party Plaintiff, not Third-Party defendants, breached express terms of the Transfer Agreement as well as the implied covenant of good faith and fair dealing.

**THIRD SEPARATE DEFENSE**
Any breach of the Transfer Agreement by Third-Party defendants was caused by Third-Party plaintiff's wrongful conduct.

**FOURTH SEPARATE DEFENSE**
The relief sought by Third-Party plaintiff is barred by the doctrine of unclean hands.

**FIFTH SEPARATE DEFENSE**
Third-Party Plaintiff's claims are barred because it has failed to allege sufficient facts to support them.

**SIXTH SEPARATE DEFENSE**
Third-Party Plaintiff's claims are barred by the doctrine of waiver, estoppel and laches.

### SEVENTH SEPARATE DEFENSE

Third-Party Plaintiff's claims are barred, in whole or in part, by its failure to mitigate any alleged damages.

### EIGHTH SEPARATE DEFENSE

Third-Party Plaintiff's claims are barred or limited by the doctrine of avoidable consequences.

### NINTH SEPARATE DEFENSE

The relief sought by Third-Party plaintiff is barred, in whole or in part, by its own negligent and/or intentional misconduct.

### TENTH SEPARATE DEFENSE

Third-Party Plaintiff fraudulently induced Third-Party defendants into entering into the Transfer Agreement and guaranty.

### ELEVENTH SEPARATE DEFENSE

Third-Party Plaintiff failed to provide proper notice of any alleged breach of the Transfer Agreement.

### TWELFTH SEPARATE DEFENSE

Individual Third-Party defendants have no liability on the guaranty, because the principal obligor is not liable to Third-Party plaintiff for all the reasons set forth in the many defenses to this action.

### THIRTEENTH SEPARATE DEFENSE

Individual Third-Party defendants have no liability on the personal guaranty, because they were fraudulently induced into executing them.

### FOURTEENTH SEPARATE DEFENSE

Upon information and belief, Third-Party plaintiff breached the Transfer Agreement, and thereby relieved Third-Party defendants of any obligation of further performance, because, *inter alia*, Third-Party plaintiff failed to provide proper marketing support; failed to respond to Third-Party defendants' repeated inquiries and requests; failed to perform the services for which it was to be paid fees; failed to properly provide advertising and promotional services; failed to provide business leads and take proper steps to assist in generating business; failed to provide proper training; and otherwise completely abdicated its role as franchisor and failed to fulfill its obligations under the Transfer Agreement.

### FIFTEENTH TH SEPARATE DEFENSE

Third-Party Defendants fully performed all contractual obligations.

### SIXTEENTH SEPARATE DEFENSE

Third-Party Plaintiff's breach and/or anticipatory breach of the Transfer Agreement relieved Third-Party defendants of any further obligation to perform.

### SEVENTEENTH SEPARATE DEFENSE

The Court lacks *in personam* jurisdiction over the defendants.

**WHEREFORE**, Third-Party defendants demand that the Third-Party complaint against them be

dismissed with prejudice, and with costs.


Dated: August 31, 2020

                                            Yours, etc.

                                            /s/Sukjin Henry Cho

                                            Sukjin Henry Cho, Esq.
                                            Attorney for Third-Party Defendants
                                            2160 North Central Road, Suite 305
                                            Fort Lee, NJ 07024
                                            201-886-0200
                                            sjhenrycho@gmail.com


To:     Philip L. Guarino, Esq.
         Guarino & Co. Law Firm, LLC